FIRST DEPARTMENT, JANUARY TERM, 1888.

Samuel Archer and others, Respondents, v. Joseph Archer and others, Appellants.—Judgmen reversed and new trial ordered, with costs to abide the event.

Walter Peak, Respondent, v. George F. Norton and others, Appellants.—Judgment and order affirmed, with costs.

Darius Stever, Appellant, v. John B. Briggs and another, Respondents.—Order reversed, with costs and judgment ordered for plaintiff on the verdict for the plaintiff, with costs.

---

FIRST DEPARTMENT, JANUARY TERM, 1888.

Samuel A. Sawyer and others, Appellants, v. Jacob S. Yates and others, Respondents.—Judgment in favor of defendants Thurber and Parshall modified as directed, and judgment in favor of defendant Gates reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

Henry Bradstreet, Respondent, v. The Bradstreet Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

William H. Blain, as Receiver, etc., Appellant. v. Edgar Pool and others, Respondents.— Judgment affirmed, with costs. Opinion by Daniels, J.

James E. Eagleston, Respondent, v. Edward J. Woolsey, Appellant. — Judgment affirmed. Opinion by Daniels, J.

The People of the State of New York, Respondent, v. Joseph Keepers, Jr., Appellant.—Judgment reversed, new trial ordered. Opinion by Brady, J.

New York, Providence and Boston Railroad Company, Plaintiff, v. William P. Dixon, as Assignee, etc., Defendant. — Judgment directed for plaintiff, with costs. Opinion by Van Brunt, P. J.

Virgilio del Genovese, Respondent, v. The Mayor, etc., of the City of New York, Appellant.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

The Paris Hill Manufacturing Company, Respondent, v. Seymour Lyman and others, Appellants.— Judgment affirmed, with costs. Opinion by Daniels, J.

John Timoney, Respondent, v. Ellen P. Hoppoch, Appellant. — Judgment affirmed, with costs. Opinion by Brady, J.

David Gring, Respondent, v. Edward W. Vanderbilt and others, Appellants — Judgment reversed, new trial ordered before another referee, costs to appellant to abide event. Opinion by Van Brunt, P J.

Ellen Paul, individually, etc., Respondent, v. Augustus P. Stevens and another, Appellants.—Judgment reversed, new trial ordered, costs to appellants to abide event. Opinion by Van Brunt, P. J.

In the Matter of Cecilia L. Booth — Order reversed and order directed as in opinion. Opinion by Daniels, J.

Denton E. Macgowan, Appellant, v. Louis H. Gein and others, Respondents.— Judgment affirmed, without costs. Opinion by Van Brunt, P. J.

Thomas E. Moore, Respondent, v. David E. Becker and another, Appellants.— Order reversed and motion granted, with costs of appeal and motion. Opinion Per Curiam.

Herman Fleitman and others, Respondents, v. Isaac Sickle, Appellant.

Cæser v. Same.— Orders reversed, with ten dollars costs and disbursements, and attachment vacated. Opinion by Daniels, J.

Fritz Grossman, Respondent, v. Supreme Lodge, Knights and Ladies of Honor, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Brady, J.

Thomas C. Jones, Appellant, v. Adolphus Andreas, Respondent.— Judgment affirmed, with costs. Opinion by Daniels, J.

Adolphus D. Straus and others, Respondents, v. The Tradesmen's National Bank of the city of New York, Appellant, Impleaded, etc.— Judgment affirmed. Opinion by Daniels, J.

In the Matter of Harriet Gross.—Decree affirmed. Opinion by Van Brunt, P. J.

George V. Sims, Respondent, v. William E. D. Vyse, Appellant.—Judgment and order reversed, without costs. Opinion by Van Brunt, P. J.

Donald Mackintosh and another, Appellants, v. Frederick B. Hawley and another, Respondents.—Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Daniels, J.

Konrad Bantle, Appellant, v. Barbara Krebs, Respondent.—Judgment affirmed. Opinion by Brady, J.

Catherine McIntyre, Appellant, v. Patrick Costello, Respondent.—Judgment reversed, new trial ordered, with costs to Appellant to abide event. Opinion by Daniels, J.

Deborah Powers and others, Appellants, v. William W. Fouche, Jr., Respondent.—Judgment affirmed. Opinion by Brady, J.

The People of the State of New York ex rel. James Griffin, v. Stephen B. French and others. Proceedings affirmed. Opinion by Daniels, J.

Eliza Schluter, as Administratrix, etc., Appellant, v. The Bowery Savings Bank, Respondent.—Judgment affirmed, with costs. Opinion by Brady, J.

George H. Kitchen & Co., Respondents, v. William Taylor and others, Executors, etc., Appellants.—Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

American Loan and Trust Company, Respondent, v. Robert J. Dean and another, Appellants. Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Erasmus Clark v. William Doorland.—Judgment affirmed, with costs. Opinion by Brady, J.

Emily D. Jex v. The Mayor.—Judgment and order reversed, and plaintiff allowed to withdraw demurrer upon payment of costs. Opinion by Van Brunt, P. J.

Henry Wehle, Respondent, v. Babette Schmidt, Administratrix, etc., Appellant.—Judgment reversed, new trial ordered, costs to Appellant to abide event. Opinion by Brady, J.

Philip Deobold, Respondent, v. Frederick Opperman, Jr., and another, Appellants.—Judgment affirmed with costs. Opinion Per Curiam.

Theresa Lynch, Respondent, v. The First National Bank of Jersey City, Appellant.—Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Isaac Goldschmidt and others, Appellants, v. Jacob M. Hirschorn and another, Respondents. Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Philip Deobold, Respondent, v. Frederick Opperman, Jr., and another, Appellants. — Judgment affirmed, with costs. Opinion by Brady, J.

Susan F. Platt v. Annie R. Platt and others.— Order reversed, without costs, and order entered as directed in opinion. Opinion by Daniels, J.

Archibald W. Berks, Respondent, v. Horace L. Hotchkiss, Appellant.—Order affirmed, with ten dollars costs and disbursements, on the cases of *Bradley* v. *Aldrich* (40 N. Y., 511).